**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alan L. Gluth, et al., <br><br>    Plaintiffs, <br> vs. <br><br> William E. Kangas, et al., <br><br>    Defendants. | No. 84-1626-PHX-PGR <br><br> **ORDER** |

Prisoner Loretta Ann Greer (155667), who is confined in the Arizona State Prison Eyman Complex–Perryville, has filed a Motion to Replace Attorney Joel Nomkin and a Motion for Judgment on the Pleadings. (Docs. 780, 782.) For the reasons set forth in the Court's Order of December 1, 2010 (Doc. 775), the Court will direct the Clerk of Court to strike the motions.

Accordingly,

**IT IS ORDERED** that the Clerk of Court shall **strike** from the record the Motion to Replace Attorney Joel Nomkin and the Motion for Judgment on the Pleadings. (Docs. 780, 782.)

**IT IS FURTHER ORDERED** that the Clerk shall mail a copy of this Order to:

Loretta Ann Greer (155667)
ASPC-Perryville
PO Box 3300
Goodyear, Arizona 85395

DATED this 6th day of July, 2011.

_____
Paul G. Rosenblatt
United States District Judge